## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| GIGI JORDAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAYMOND A. MIRRA, JR., )<br>RAM CAPITAL GROUP, LLC, D/B/A )<br>RAM CONSULTING GROUP, LLC, )<br>RAM CAPITAL II, LLC, )<br>RAM REALTY HOLDINGS, LLC, )<br>JOSEPH A. TROILO, JR., )<br>JOSEPH T. MOLIERI, )<br>BRUCE KOLLEDA, MARK KOVINSKY, )<br>JOSEPH TROPIANO, BERNARD EIZEN, )<br>PATRICK WALSH, )<br>DANIELLE STEWART, )<br>RENEE M. SIGLOCH, )<br>FREDERICK FORTE, )<br>VIRGINIA L. HALL, )<br>BARI KUO, and SHELLY DEMORA, )<br>)<br>Defendants. ) | C.A. No. 14-01485-SLR-SRF |

### NOTICE OF SUBSTITUTION OF PLAINTIFF'S COUNSEL

**Please withdraw the appearance** of the Ferry Joseph, P.A. Pursuant to D. Del. LR 83.7, all further pleadings, orders, and notices issued should be sent to substitute Delaware counsel, listed below.

| | |
|---|---|
| **Ferry Joseph, P.A.**<br><br>/s/ David J. Ferry, Jr.<br>David J. Ferry, Jr. (No. 2149)<br>Rick S. Miller (No. 3418)<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Tel: (302) 575-1555<br><br>Dated: December 21, 2015 | **SULLIVAN · HAZELTINE · ALLINSON LLC**<br><br>/s/ E. E. Allinson III<br>William D. Sullivan (No. 2820)<br>Elihu E. Allinson, III (No. 3476)<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Dated: December 15, 2015<br><br>*Counsel to Gigi Jordan* |

## **CERTIFICATE OF SERVICE**

I, Elihu E. Allinson III, hereby certify that on December 21, 2015, I caused one copy of the foregoing to be served upon the parties on the attached service list via First Class U.S. Mail.

*December 21, 2015*                                            */s/ E.E. Allinson III*
Date                                                                                 Elihu E. Allinson III (No. 3476)

David J. Ferry, Jr., Esq.
Rick S. Miller, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE  19899

Max Gershenoff, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY  11556-0926

James J. Freeberry, IV, Esq.
Daniel J. Brown, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801

Dee Dee Fisher, Esq.
Jason S. Oletsky, Esq.
Scott M. Kessler, Esq.
Akerman LLP
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL  33301

Scott M. Kessler, Esq.
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, NY  10103

Joseph James Bellew, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1001
Wilmington, DE  19801

Robert V. Dell'Osa, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103

Kenneth J. Nachbar, Esq.
Leslie A. Polizoti, Esq.
Thomas Parker Will, Esq.
Lauren Kimberly Neal, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Robert L. Raskopf, Esq.
Deborah K. Brown, Esq.
Julia Beskin, Esq.
Nicholas A.S. Hoy, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

Elizabeth A. Sloan, Esq.
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE  19801

Steven L. Caponi, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE  19801

Jason A. Snyderman, Esq.
Bridget Mayer Briggs, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103-6998

Artemio C. Aranilla, II, Esq.
Joseph S. Shannon, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE  19899-8888

Richard Dennis Abrams, Esq.
Mintzer Sarowitz Zeris Ledva & Meyers, LLP
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE  19801

Robert S. Friendman, Esq.
Jeff Kern, Esq.
Sarah E. Aberg, Esq.
Thomas M. Monahan, Esq.
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY  10112

John C. Cordrey, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

John Anderson Sensing, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951

Wilhelm Dingler, Esq.
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA  19103

Laurence V. Cronin, Esq.
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899