**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GIGI JORDAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action |
| | : | No. 14-cv-1485 |
| | : | |
| RAYMOND A. MIRRA, et al. | : | |
| Defendants. | : | |

**McHUGH, J.**                                               **NOVEMBER 28, 2017**

## ORDER

       This 28th day of November 2017, it is hereby **ORDERED** that, pursuant to 28 U.S.C. § 636(b)(1), the Report and Recommendation by Magistrate Judge Sherry R. Fallon (D.I. 199) is accepted in its entirety over Plaintiff's objections thereto (D.I. 200). Defendants' Motions to Dismiss are **GRANTED**. Plaintiff's Amended Complaint (D.I. 176) is **DISMISSED** with prejudice as to Counts I through VI and VIII through X. Plaintiff may therefore proceed on Count VII only.

                                             _____/s/ Gerald Austin McHugh
                                           United States District Judge