IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIGI JORDAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:14-cv-01485-GAM-SRF |
| ) | |
| RAYMOND A. MIRRA, JR., ) | |
| ) | |
| Defendant. ) | |

## SECOND AMENDED SCHEDULING ORDER

This _14th_ day of June, 2018, the Court having on June 1, 2018 discussed the matter with the parties' counsel, and counsel having consented, IT IS HEREBY ORDERED that:

1. The First Amended Scheduling Order dated February 1, 2018 is amended as follows:

   a. ¶ 3(a) is amended to read: "All fact discovery in this case shall be completed on or before September 30, 2018";

   b. The first sentence of ¶ 3(f) is amended to read: "Depositions are to be completed by September 30, 2018";

   c. ¶ 3(g)(i) is amended to read:

   "i Expert Reports. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before October 23, 2018. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before November 27, 2018. No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their

experts' availability for deposition. Any expert depositions shall be taken no later than December 21, 2018."

        d.    The first sentence of ¶ 8 is amended to read: "All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before January 18, 2019"; and

    2.    In all other respects the First Amended Scheduling Order shall remain unchanged.

_____
United States District Judge