**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GIGI JORDAN, | : | |
| Plaintiff/Counterclaim-Defendant, | : | |
| | : | |
| v. | : | Civil Action |
| | : | No. 14-1485 |
| | : | |
| RAYMOND A. MIRRA, JR, | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

## <u>ORDER</u>

This 17th day of July, 2018, upon consideration of Plaintiff's Motion to Dismiss

Defendant's Counterclaims (ECF Nos. 214, 215) and the subsequent briefing (ECF Nos. 233,

236), it is hereby **ORDERED** that, consistent with the reasons set forth in the accompanying

Memorandum, Plaintiff's Motion is **DENIED** in its entirety.  Defendant may proceed with his

counterclaims.


　　　　　/s/ Gerald Austin McHugh
United States District Judge