## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIGI JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                 ) | C.A. No. 14-01485-GAM-SRF |
| ) | |
| RAYMOND A. MIRRA, JR., *et al.,*  ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE THAT** on September 21, 2018, copies of the *Plaintiff Gigi Jordan's Responses and Objections to Defendant's First Set of Interrogatories* were served upon the parties listed below via electronic mail:

Kenneth J. Nachbar, Esq.
Thomas P. Will, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
knachbar@mnat.com
twill@mnat.com

Robert L. Raskopf, Esq.
Julia M. Beskin, Esq.
Nicholas A.S. Hoy, Esq.
Donald J. Reinhard, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
robertraskopf@quinnemanuel.com
juliabeskin@quinnemanuel.com
nicholashoy@quinnemanuel.com
donaldreinhard@quinnemanuel.com

Date:  September 25, 2018
          Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ E.E. Allinson III*
Elihu E. Allinson III (No. 3476)
901 North Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191

and

Daniel J. Kornstein
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue
New York, NY 10020
Tel: (212) 763-5000

*Attorneys for Plaintiff*