**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GIGI JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-01485-GAM-SRF |
| | ) |
| RAYMOND A. MIRRA, JR., *et al.,* | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE THAT** on August 29, 2019, copies of the *Plaintiff's Amended Responses to Defendant's August 22, 2018 Interrogatories* were served upon the parties listed below via electronic mail:

Kenneth J. Nachbar, Esq.
Thomas P. Will, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
knachbar@mnat.com
twill@mnat.com

Robert L. Raskopf, Esq.
Julia M. Beskin, Esq.
Nicholas A.S. Hoy, Esq.
Donald J. Reinhard, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
robertraskopf@quinnemanuel.com
juliabeskin@quinnemanuel.com
nicholashoy@quinnemanuel.com
donaldreinhard@quinnemanuel.com

Date: August 30, 2019
Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON LLC**

*/s/ E.E. Allinson III*
Elihu E. Allinson III (No. 3476)
901 North Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191

and

Daniel J. Kornstein
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue
New York, NY  10020
Tel: (212) 763-5000

*Attorneys for Plaintiff*