## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIGI JORDAN, | ) | |
|     Plaintiff and Counterclaim-Defendant, | ) ) ) | |
| v. | ) ) | C.A. No. 14-cv-1485-GAM |
| RAYMOND A. MIRRA, JR., | ) ) ) | |
|     Defendant and Counterclaim-Plaintiff. | ) | |

### STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION SCHEDULING

WHEREAS, the current deadline to complete the fact depositions of Plaintiff Gigi Jordan and Defendant Raymond A. Mirra is October 28, 2019, D.I. 330; and

WHEREAS, the parties respectfully request additional time in order to complete those depositions due to the availability of counsel and witnesses; and

WHEREAS, the parties jointly request leave to adjourn the current deadline to complete fact depositions;

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their undersigned counsel, that:

1. The deadline to take the fact depositions of Plaintiff Gigi Jordan and Defendant Raymond A. Mirra shall be adjourned to December 20, 2019.

2. The depositions will take place on mutually agreeable dates within that timeframe.

Dated: October 21, 2019

| | |
|---|---|
| SULLIVAN HAZELTINE ALLINSON LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ E. E. Allinson III* | */s/ Thomas P. Will* |
| Elihu E. Allinson III (No. 3476)<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 428-8191<br>zallinson@sha-llc.com | Kenneth J. Nachbar (No. 2067)<br>Thomas P. Will (No. 6086)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>knachbar@mnat.com<br>twill@mnat.com |
| EMERY CELLI BRINCKERHOFF & ABADY LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Daniel J. Kornstein<br>600 Fifth Avenue<br>New York, NY 10020<br>(212)-763-5000 | Robert L. Raskopf *(admitted pro hac vice)*<br>Julia M. Beskin *(admitted pro hac vice)*<br>Nicholas A.S. Hoy *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>robertraskopf@quinnemanuel.com<br>juliabeskin@quinnemanuel.com<br>nicholashoy@quinnemanuel.com<br><br>*Attorneys for Defendant Raymond A. Mirra* |

SCHLAM STONE & DOLAN LLP

Erik S. Groothuis
26 Broadway
New York, NY 10004
(212) 344-5400

*Attorneys For Plaintiff Gigi Jordan*

   SO ORDERED this _____ day of October, 2019.


                _____
                United States District Court Judge