# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIGI JORDAN, | : | |
| | : | |
| Plaintiff/Counterclaim-Defendant, | : | CIVIL ACTION |
| | : | No. 14-1485 |
| v. | : | |
| | : | |
| RAYMOND A. MIRRA, JR. | : | |
| | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

**McHUGH, J.**                                                                                         **December 20, 2019**

## ORDER

This 20th day of December, 2019, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Summary Judgment filed by Defendant/Counterclaim-Plaintiff (ECF 301) is **GRANTED IN PART**, as follows: Judgement is entered in favor of Counterclaim Plaintiff Mirra as to 1) Jordan's breach of the covenant not to sue in the Release Agreement and 2) Mirra himself having incurred attorneys' fees and costs recoverable under the Distribution Agreement. The amount of recoverable fess and costs must be decided by the jury.

The Cross-Motion for Summary Judgment filed by Plaintiff/Counterclaim-Defendant Jordan (ECF 346) is **DENIED**.

                                                                    /s/ Gerald Austin McHugh
                                                                    Gerald Austin McHugh
                                                                    United States District Judge