# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GIGI JORDAN,** | : | |
| | : | |
| **Plaintiff/Counterclaim-Defendant,** | : | **CIVIL ACTION** |
| | : | **No. 14-1485** |
| v. | : | |
| | : | |
| **RAYMOND A. MIRRA, JR.** | : | |
| | : | |
| **Defendant/Counterclaim-Plaintiff.** | : | |

**McHUGH, J.**                                                                                                           **December 20, 2019**

## ORDER

This 20th day of December, 2019, because I have concluded that Defendant/Counterclaim-Plaintiff has "incurred" attorneys' fees and costs expended to defend against this and the related action (ECFs 368, 369), it is hereby **ORDERED** that the motion for sanctions filed by Plaintiff/Counterclaim-Defendant (ECF 364) is **DENIED**.

                                                                                           /s/ Gerald Austin McHugh
                                                                                 Gerald Austin McHugh
                                                                                 United States District Judge