IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIGI JORDAN, *Plaintiff-Counterclaim-Defendant*, -against- RAYMOND A. MIRRA, JR., *Defendant/Counterclaim-Plaintiff.* | Case No. 14-cv-01485-GAM |

**PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OF
PROPOSED EXPERT YVETTE AUSTIN SMITH**

Plaintiff Gigi Jordan hereby moves to exclude the opinions of Defendant's proposed expert Yvette Austin Smith. The reasons warranting exclusion are provided in the opening brief filed contemporaneously with this motion.

Dated: September 24, 2021

*Of Counsel:*

Michael B. Kimberly (*pro hac vice*)
Sarah P. Hogarth (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

Daniel J. Kornstein (*pro hac vice*)
EMERY CELLI BRINCKERHOFF
    ABADY WARD & MAAZEL LLP
600 Fifth Avenue
New York, New York 10020
(212) 763-5000

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
MCDERMOTT WILL & EMERY LLP
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
(302) 484-3911

Elihu E. Allinson, III (No. 3746)
SULLIVAN HAZELTINE ALLINSON LLC
919 North Market Street, Suite 420
Wilmington, DE 19801

*Counsel for Plaintiff Gigi Jordan*