IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GIGI JORDAN** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 14-1485 |
| | : | |
| **RAYMOND A. MIRRA, JR.** | : | |

## ORDER

This 22nd day of February, 2022, upon review of the parties' cross motions for summary judgment as to the breach of warranty claim, it is hereby **ORDERED** that Plaintiff Gigi Jordan's Motion, ECF 457, is **DENIED**, and Defendant Raymond Mirra's Motion, ECF 470, is **GRANTED**. Count VII of Plaintiff's Complaint, ECF 176, is **DISMISSED**.

It is further **ORDERED** that Plaintiff's motion to exclude the testimony of Defendant's expert Yvette Austin Smith, ECF 467, and Defendant's motion to exclude the testimony of Plaintiff's expert Charles Lunden, ECF 472, are **DENIED** as moot.

/s/ Gerald Austin McHugh
United States District Judge