IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIGI JORDAN, | ) |
|     Plaintiff/Counterclaim-Defendant, | ) |
| v. | ) No. 14-cv-1485-GAM |
| RAYMOND A. MIRRA, JR., | ) |
|     Defendant/Counterclaim-Plaintiff. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim-Defendant Gigi Jordan and Defendant/Counterclaim-Plaintiff Raymond A. Mirra, Jr., by and through their respective counsel, hereby stipulate and agree that all claims and counterclaims asserted in this action No. 1:14-cv-1485-GAM are dismissed with prejudice, with each party to bear their own costs, expenses and attorneys' fees.

Dated: Wilmington, DE
October 3, 2022

/s/ *Ethan H. Townsend*

Ethan H. Townsend (DE #5813)
McDermott Will & Emery LLP
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
(302) 484-3911
etownsend@mwe.com

Elihu E. Allinson, III (DE #3746)
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
zallinson@sha-llc.com

*Of Counsel:*

Michael B. Kimberly
Sarah P. Hogarth
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
mkimberly@mwe.com
shogarth@mwe.com

Daniel J. Kornstein
Emery Celli Brinckerhoff
Abady Ward & Maazel LLP
600 Fifth Avenue
New York, New York 10020
(212) 763-5000
dkornstein@ecbawm.com

*Counsel for Plaintiff Gigi Jordan*

/s/ *Kenneth J. Nachbar*

Kenneth J. Nachbar (DE #2067)
Thomas P. Will (DE #6086)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com
twill@mnat.com

*Of Counsel*:

Deborah K. Brown
Julia M. Beskin
Nicholas A.S. Hoy
Todd G. Beattie
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
deborahbrown@quinnemanuel.com
juliabeskin@quinnemanuel.com
nicholashoy@quinnemanuel.com
toddbeattie@quinnemanuel.com

*Attorneys for Defendant and Counterclaim-Plaintiff Raymond A. Mirra, Jr.*

2